**EXHIBIT A**

| LAST NAME | FIRST NAME |
|---|---|
| Aquilla | Vincent |
| Barbero | Olivia |
| Bates | David |
| Beaulieu | Alexandra |
| Begin | John |
| Berca | Adrian |
| Blanchard | Andrew |
| Bonito | Aaron |
| Boudreau | Jeremy |
| Bulgaru | Vasile |
| Castellanos | Luis |
| Cerilli | Alexandra |
| Chaplin | Melisa |
| Cho Che | Carmen |
| Cirillo | Dominic |
| Clark | John |
| Collins | Christopher |
| Cormier | Makayla |
| Costache | Teodoro |
| Costea | Dora |
| Cunningham | Courtney |
| Daringa | Cristian |
| Dempsey | Theodoro |
| Deleon-Santos | Giorgio |
| DePaolo | Michael |
| Draganovic | Nina |
| Drain | Douglas |
| Dubuc | Nathan |
| Dupont | Molly |
| Fanning | Katherine |
| Fuller | Paige |
| Edgell | Jonathan |
| Gallagher | Anne |
| Glass | David |
| Gomes | Carlos |
| Gomez | Roeldi |
| Guerra | Gustavo |
| Guthrie | Heather |
| Herren | Drake |
| Hobart | Marion |
| Jelani | Antoine |
| Jersek | Alexander |

| | |
|---|---|
| Johnson | Stephanie |
| Jolon | Julio |
| Kent | Chandra |
| Kilton | Ian |
| King | Amber |
| Koch | Alyssa |
| Kreinest | Emily |
| Lake | Ana |
| Lawler | Melissa |
| Lindh | Andrew Charles |
| Lopes | Carmen H |
| Lopes | Rene |
| Lopez | Manuel |
| Lopez | Miguel |
| Lopez Ortiz | Gerlin |
| Luzzi | Tiffany |
| Lynch | Timothy |
| Malise | Kirsten |
| Marasco | Rebecca |
| Marquis | Derrick |
| Martel | Jacqueline |
| Marx | Evan |
| Massed | John |
| McCombs | Sara |
| McNamara | Nicole |
| McPoland | Mary |
| Melgar | Cesar |
| Michael | Taylor |
| Morales | Jamie |
| Morales | Mario Gomes |
| Munoz | Francisco |
| Nalle | Alice |
| Nizzardini | Jenna |
| O'Donnell | Ryan |
| Oliver | Sara |
| Ortiz | Carlos |
| Osborne | Olivia |
| Paniagua | Selvin |
| Payne | Lillyana |
| Perez | Jorge |
| Perry | Rachel |
| Petrillo | Patricia |
| Pfeiffer | Alastair |
| Phelps | Samuel |
| Pustouit | Anna |

| | |
|---|---|
| Putti | Roisin |
| Puzzo | Somer |
| Radov | Samantha |
| Ramirez | Antonio |
| Ramirez | Mainor |
| Ramirez | Wilmer |
| Rebello | Sarah |
| Reynolds | Mollie |
| Ricci | Alexis |
| Rodrigues | Hector |
| Rojas Mateos | Ismael |
| Ryan | Kennedy |
| Salakhutolinova | Alimie |
| Salas | Cecillia |
| Samokovlja | Lea |
| Sanchez | Francisco |
| Scott | Robert |
| Sean | Griffin |
| Serena | Manna |
| Sheer | Avi |
| Small | Rebecca |
| Smith | Ryan |
| Snow | David |
| Sowa | Neil |
| Theocaropoulos | Andrew |
| Thibault | Jesse |
| Thomas | Britanny |
| Thomas | Lyon |
| Urosev | Milan |
| Vidinha | Lindsey |
| Wallace | Monique |
| Wagner | Abigail |
| Wells | John |
| White | Felicia |
| White | Kristin |
| Whitehouse | Elizabeth |